

## 11TH COURT OF APPEALS
### EASTLAND, TEXAS
### JUDGMENT

| | |
|---|---|
| The State of Texas, | * From the 220th District Court of Comanche County, Trial Court No. 1319. |
| Vs. No. 11-17-00236-CR | * November 27, 2019 |
| Joe D. Bryan, | * Memorandum Opinion by Wright, S.C.J. (Panel consist Bailey, C.J., Stretcher, J., and Wright, S.C.J., sitting by assignment) (Willson, J., not participating) |

Both the opinion and judgment of this court dated August 30, 2019 and entered in the minutes of this court at Volume 42 are withdrawn. The opinion and judgment of this court dated November 27, 2019, are substituted therefor.

## 11TH COURT OF APPEALS
### EASTLAND, TEXAS
### JUDGMENT

| | |
|---|---|
| The State of Texas, | * From the 220th District Court of Comanche County, Trial Court No. 1319. |
| Vs. No. 11-17-00236-CR | * November 27, 2019 |
| Joe D. Bryan, | * Memorandum Opinion by Wright, S.C.J. (Panel consist Bailey, C.J., Stretcher, J., and Wright, S.C.J., sitting by assignment) (Willson, J., not participating) |

This court has inspected the record in this cause and concludes that there is error in the order below. Therefore, in accordance with this court's opinion, we vacate the trial court's August 14, 2017 order granting Joe D. Bryan's first motion for additional post-conviction forensic DNA testing, and we remand this cause to the trial court for further proceedings.